AUDIOTAPED

SWORN STATEMENT

OF

SPECIAL AGENT DANIELLE L. DREYER

PR-ZU-2018-0050


DRUG ENFORCEMENT ADMINISTRATION

OFFICE OF PROFESSIONAL RESPONSIBILITY


TUESDAY, JANUARY 25, 2022

2:20 P.M.


This transcript was produced from audio provided by the Drug Enforcement Administration, Office of Professional Responsibility.

```
 1              APPEARANCES:

 2

 3      OFFICE OF PROFESSIONAL RESPONSIBILITY:

 4         BY: SENIOR INSPECTOR BRAD UHL

 5            INSPECTOR TRACEY GARDNER

 6   FBI SPECIAL AGENT KIRSTEN (phonetic) PASSMORE

 7         IRS SPECIAL AGENT ROSS SPENCER

 8

 9              WITNESS:

10           SA DANIELLE DREYER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    P-R-O-C-E-E-D-I-N-G-S

2                                              2:20 p.m.

3               SR. INSPECTOR UHL: Let the record

4         reflect that today is Tuesday, January 25th, 2022,

5         and the time is approximately 2:20 p.m.

6               I am Senior Inspector Brad Uhl.  Also

7         present is Inspector Tracey Gardner, FBI Special

8         Agent Kirsten Passmore and IRS Special Agent Ross

9         Spencer are also present.

10               We are conducting this interview at

11        the Office of Professional Responsibility, DEA

12        Headquarters.  We are interviewing Special Agent

13        Danielle L. Dreyer who is assigned to the New

14        York Division.  Did I pronounce everything right?

15               SA DREYER: Yes.

16               SR. INSPECTOR UHL: Okay.  These

17        proceedings are being recorded and a full

18        transcript of these proceedings will be made.

19        Your statement will be taken here under oath and

20        the transcript of these proceedings will

21        constitute your formal Drug Enforcement

22        Administration statement.

23               You will be given an opportunity to

24        review the transcript and the OPR Investigative

25        File if disciplinary action is proposed against
```

4

1    you.

2            This interview concerns OPR

3    Investigation PR-ZU-2018-0050, and it's being

4    conducted to obtain information regarding

5    allegations of misconduct.  You are being

6    interviewed because you may have information

7    regarding these allegations.

8            Earlier you were presented with two

9    forms as I'm required to do under both Department

10   of Health and DEA regulations.  The first of

11   these was entitle, Warning and Assurance to

12   Employee Required to Provide Information.  Did

13   you have an opportunity to review form at that

14   time?

15            SA DREYER: Yes, I did.

16            SR. INSPECTOR UHL: Did you have any

17   questions regarding that form?

18            SA DREYER: I do not.

19            SR. INSPECTOR UHL: Okay.  Let the

20   record reflect that Special Agent Dreyer

21   acknowledged receiving and understanding the

22   warnings and assurances that were given and has

23   so signified by signing and dating the form.

24            The second form I presented to you was

25   entitled, Acknowledgment of Directive to Maintain

1     Confidentiality of OPR Investigations.  Did you h
2     ave an opportunity to review that form?
3            SA DREYER: I did.
4            SR. INSPECTOR UHL: Did you have any
5     questions regarding that form?
6            SA DREYER: I do not.
7            SR. INSPECTOR UHL: Let the record
8     reflect that Special Agent Dreyer has
9     acknowledged receiving and understanding the
10    confidentiality directive that has been given and
11    has so signified by signing and dating the form.
12            A third form being presented to you
13    from the DEA Standards of Conduct, Section
14    2735.20, Conduct Prejudicial to the Government
15    regard specific guidance on a lack of candor.  If
16    you want to, take an opportunity to review that
17    form.
18            SA DREYER: Okay.
19            SR. INSPECTOR UHL: Do you understand
20    the definition provided and that a lack of candor
21    on your part could result in serious discipline?
22            SA DREYER: Yes.
23            SR. INSPECTOR UHL: Could you please
24    sign and date the form with today's date.
25            Let the record reflect that Special

1          Agent Dreyer has acknowledged receiving and

2          understanding the lack of candor directive that

3          was given and has signified by signing and dating

4          the form.

5                    Before we go any further, I want you

6          to understand the following information.  By

7          virtue of th is being a compelled interview,

8          neither your answers nor anything gained from

9          your answer could be used in any way in a

10         criminal complaint or other criminal proceedings

11         against you.  This is strictly an administrative

12         inquiry.  However, we do want you to know if you

13         knowingly and willfully provide false information

14         you could be prosecuted for that action alone

15         regardless of the administrative nature of the

16         inquiry.  Do you understand that?

17                    SA DREYER: Yes.

18                    SR. INSPECTOR UHL: I must also mention

19         that in addition to possible criminal exposure

20         any sustained acts of untruthfulness are subject

21         to disclosure under Brady/Giglio principles.

22         This means should you a witness in a criminal

23         prosecution any acts of untruthfulness which are

24         committed now are discoverable during that

25         proceeding under Brady.  This could affect your

1  ability to perform your job and could preclude

2  you from testifying in court.  Do you understand

3  the ramifications if you do not respond

4  truthfully at this point?

5  SA DREYER: Yes.

6  SR. INSPECTOR UHL: Would you please

7  raise your right hand.

8  Do you solemnly swear that the

9  statements you are to make shall be the truth and

10  nothing but the truth?

11  SA DREYER: Yes.

12  SR. INSPECTOR UHL: Put your hand down.

13  I am Senior Inspector Brad Uhl.  My

14  last name is spelled U-H-L.

15  INSPECTOR GARDNER: Inspector Tracey

16  Gardner.  Last name G-A-R-D-N-E-R.

17  SA PASSMORE: FBI Special Agent Kirsten

18  Passmore, P-A-S-S-M-O-R-E.

19  SA SPENCER: IRS Special Agent Ross

20  Spencer, S-P-E-N-C-E-R.

21  SR. INSPECTOR UHL: Special Agent

22  Dreyer, could you please state your full name and

23  spell your last name?

24  SA DREYER: Special Agent Danielle

25  Dreyer, D-R-E-Y-E-R.

8

1          SR. INSPECTOR UHL: And how long have

2     you been employed with DEA?

3          SA DREYER: Approximately 10 years.

4          SR. INSPECTOR UHL: Do you recall your

5     EOD date?

6          SA DREYER: January 29, 2012.

7          SR. INSPECTOR UHL: And what is your

8     current position and division?

9          SA DREYER: I am a Special Agent in the

10    New York Division.

11         SR. INSPECTOR UHL: Have you been

12    assigned to any other divisions in your career?

13         SA DREYER: No.

14         SR. INSPECTOR UHL: Okay.

15         INSPECTOR GARDNER: Okay.  In September

16    of 2017 did you do a TDY to Cartagena?

17         SA DREYER: I did.

18         INSPECTOR GARDNER: Did you travel with

19    anyone else in that trip?

20         SA DREYER: I traveled with my GS Aaron

21    Koker (phonetic sp.).

22         INSPECTOR GARDNER: Okay.  And what was

23    the purpose of that trip?

24         SA DREYER: We were paying one of our

25    informants as well as debriefing him.

1                    INSPECTOR GARDNER: Okay.  Was that one

2          of the informants, was that the informant we were

3          talking about earlier?

4                    SA DREYER: No.

5                    INSPECTOR GARDNER: Okay.  Separate.

6                    Um, and who was your point of contact

7          there?

8                    SA DREYER: I didn't have one.  Um, I

9          assume that my GS handled the point of contact.

10         No notifications were made.

11                   INSPECTOR GARDNER: Okay.  Um, you have

12         the folder over there.

13                   UNIDENTIFIED PERSON: Yes.

14                   INSPECTOR GARDNER: Okay.

15                   SR. INSPECTOR UHL: So, no prior

16         notifications were made before traveling?

17                   SA DREYER: I'm sure notifications were

18         made.

19                   SR. INSPECTOR UHL: Oh, you said --

20                   SA DREYER: I did not make the

21         notifications.

22                   SR. INSPECTOR UHL: You said you're

23         sure notifications were made.  Okay, thank you.

24                   INSPECTOR GARDNER: Okay.  And on this

25         photo can you identify this?

1                    SA DREYER: GS Aaron Koker.

2                    INSPECTOR GARDNER: That's Koker, okay.

3                    SR. INSPECTOR UHL: If you just -- if

4        you could write the name below the photo and just

5        initial and date the bottom right-hand corner.

6                    Thank you.

7                    SA DREYER: Okay.

8                    SR. INSPECTOR UHL:  And then this

9        photo?

10                   SA DREYER:  Jeff Hathaway (phonetic

11       sp.).

12                   SR. INSPECTOR UHL: And how do you know

13       Jeff Hathaway?

14                   SA DREYER: I met Jeff on that trip to

15       Cartagena.

16                   SR. INSPECTOR UHL: Was he assigned to

17       Cartagena?

18                   SA DREYER: He was at one point, ah, at

19       the time of travel he was out of, I believe, the

20       Cape Cod office.

21                   SR. INSPECTOR UHL: Okay.

22                   INSPECTOR GARDNER: Okay.  And then

23       this photo.

24                   SA DREYER: I don't know that person.

25                   SR. INSPECTOR UHL: Okay.  If you want

1          to could you just a question mark under their

2     photo.

3                    INSPECTOR GARDNER: This one.

4                    SR. INSPECTOR UHL: And who would that

5     be?

6                    SA DREYER: This is Jose Irizarry.

7                    SR. INSPECTOR UHL: Okay.  And how did

8     you meet Irizarry?

9                    SA DREYER: I met him, ah, one of the

10    days that we were down there early on.  Um, we

11    were all at his apartment after hours.

12                   INSPECTOR GARDNER: And this is on the

13    same TDY trip?

14                   SA DREYER: Yes.

15                   INSPECTOR GARDNER: Okay.

16                   SA DREYER: That's the only time I've

17    met him.

18                   INSPECTOR GARDNER: Okay.  And then --

19                   SA DREYER: I do not know her.

20                   SR. INSPECTOR UHL: Do you recognize

21    the photo at all?

22                   SA DREYER: I -- no, not this person,

23    no.

24                   INSPECTOR GARDNER: Kris White?

25                   SR. INSPECTOR UHL: Go ahead and change

1 that question mark.

2    During that TDY was that the only time

3 you've met Special Agent Irizarry?

4    SA DREYER: Yes.

5    SR. INSPECTOR UHL: Did you have any

6 contact with him following that TDY?

7    SA DREYER: Um, I believe my last

8 contact with him, yes.  I believe my last contact

9 with him was after we had heard that something

10 had happened with him and we got word that he was

11 coming to New York.  I don't know if that was

12 true or just a rumor like to be stationed in New

13 York and we, obviously, had no idea that he was

14 in trouble.  Um, and I reached out to him to say,

15 hey, I hear you're coming to New York.  You know,

16 can't wait to have you in the building, that sort

17 of thing.

18    SR. INSPECTOR UHL: And did you hear

19 back from him?

20    SA DREYER: I think be replied, okay,

21 thanks.

22    SR. INSPECTOR UHL: And that was it?

23    SA DREYER: That was it.

24    SR. INSPECTOR UHL: Okay.

25    INSPECTOR GARDNER: How would you

1    describe Irizarry?

2                    SA DREYER: Now or then?

3                    INSPECTOR GARDNER: Then.

4                    SA DREYER: Ah, he was fun, um, you

5    know, willing to host.  Ah, I had heard from

6    other agents that he was in the middle of a lot

7    of good cases and work.  Um, I wasn't overly

8    impressed with him when I met him but I --

9                    INSPECTOR GARDNER: Why is that?

10                   SA DREYER: Um, I don't know.  He just

11   didn't -- he didn't come off as that bright

12   maybe.

13                   INSPECTOR GARDNER: Okay.  How would

14   you describe your relationship with him?

15                   SA DREYER: We didn't work much

16   together.  Um, I certainly knew of his cases.

17   Our overlaps were mainly the informants.  Um --

18                   INSPECTOR GARDNER: So, did you guys

19   talk and have like a business relationship?

20                   SA DREYER: Very minimal.

21                   INSPECTOR GARDNER: Okay.

22                   SA DREYER: Very minimal.  Um, I don't

23   know that I'd even spoken to him before the

24   Cartagena TDY.

25                   INSPECTOR GARDNER: Okay.  So, you had

1    mentioned you had met him, I guess, did you say

2    at his apartment?

3                SA DREYER: Yes.  I think that was the

4    first time I met him.

5                INSPECTOR GARDNER: Was that -- was

6    that a party that was there?

7                SA DREYER: It was.

8                INSPECTOR GARDNER: Can you tell us a

9    little bit about that party, where was  it at

10   and--

11               SA DREYER: It was on the roof top of

12   the building.  He lives there.  I believe Kris

13   White lived in that building as well.  Um, and

14   there were a handful of agents from the Cartegena

15   office.

16               INSPECTOR GARDNER: Can you remember

17   who all was there?

18               SA DREYER: He was there.  His wife was

19   there.  Aaron and Jeff were there.  Um, I think

20   Kris was there.  And like I said, a bunch of

21   other agents but I don't really know anyone in

22   the Cartegena office.

23               INSPECTOR GARDNER: Okay.  Who

24   organized the party?  Who invited you?

25               SA DREYER: Ah, I believe Jeff got the

1        invite and invited my GS who invited me.

2                INSPECTOR GARDNER: Jeff meaning?

3                SA DREYER: Jeff Hathaway.

4                INSPECTOR GARDNER: Hathaway, okay.

5                Was there alcohol at the party?  Did

6        somebody provide it?  Did you bring it?

7                SA DREYER: There was alcohol, um, I

8        can't remember who provided it.  I think it was

9        beer as far as I remember.

10               INSPECTOR GARDNER: Did you get

11       intoxicated?

12               SA DREYER: I was drinking.

13               INSPECTOR GARDNER: Okay.  But did you

14       get intoxicated?

15               SA DREYER: Possibly.

16               INSPECTOR GARDNER: Do you recall who

17       was taking photos or a video?

18               SA DREYER: No.  None that I recall.

19               INSPECTOR GARDNER: At some point did

20       you and some of the others get nude in the hot

21       tub?

22               SA DREYER: Yes.  I had my underwear

23       on, I believe.

24               INSPECTOR GARDNER: Believe or you

25       know?

1          SA DREYER: From my recollection I had
2     my underwear on.
3          INSPECTOR GARDNER: Do you know who
4     else was nude?
5          SA DREYER: Oh, is she from Ohio?
6          SR. INSPECTOR UHL: She is.
7          SA DREYER: Prosecutor from Ohio.  Yes.
8     I don't know her name, but yes.
9          INSPECTOR GARDNER: Okay.
10          SR. INSPECTOR UHL: You can write
11     prosecutor under that photo.
12          INSPECTOR GARDNER: So, is that an O
13      cuz the way she says it?
14          SA DREYER: Yes.
15          INSPECTOR GARDNER: Okay.  Was she also
16     nude in the tub?
17          SA DREYER: Ah, she may have had her
18     underwear on, I don't recall.
19          INSPECTOR GARDNER: Okay.  Ah, what
20     about any of the agents and other gentlemen that
21     were there?
22          SA DREYER: I don't recall any of them
23     being nude.
24          INSPECTOR GARDNER: Okay.
25          SR. INSPECTOR UHL: Do you have a good

1    recollection of that evening?

2              SA DREYER: It was four and a half

3    years ago but I remember -- that jobs my memory.

4              SR. INSPECTOR UHL: You know, do you

5    recall?  I think you being at a gathering like

6    that you'd recall whether or not people were

7    clothed or naked.

8              SA DREYER: I can recall that I had my

9    underwear on.  I believe she had her underwear

10   on.  I don't remember for the men.

11             INSPECTOR GARDNER: Do you know if

12   there were any other residents of the apartment

13   complex or staff that were present?

14             SA DREYER: Not that I know of.

15             INSPECTOR GARDNER: So, you said you

16   had your underwear on so tops were off.  Do you

17   know who took their top off first or how that

18   decision came to be?

19             SA DREYER: I don't recall.

20             INSPECTOR GARDNER: Were you and the

21   prosecutor engaged in touching and kissing each

22   other?

23             SA DREYER: We were.

24             INSPECTOR GARDNER: And what were the

25   guys doing at that point?

1                         SA DREYER: Probably watching.

2                         INSPECTOR GARDNER: Ah, were any of the

3            guys engaging in any form of sexual activity --

4                         SA DREYER: No.

5                         INSPECTOR GARDNER:  -- while you guys

6            were doing that?

7                         SA DREYER: No.

8                         INSPECTOR GARDNER: Did you make a

9            decision to squirt breast milk at the prosecutor?

10                        SA DREYER: Um, I truly do not recall

11           that.  Um, but I was probably still breast

12           feeding at that point.  It's possible.  I do not

13           recall --

14                        SR. INSPECTOR UHL: You laughed when

15           that question was asked as if that's been brought

16           up to you.

17                        SA DREYER: I knew that I had an -- I

18           can't believe this is -- I had an ample supply of

19           breast milk.  And I do not recall squirting

20           breast milk at her.  Um --

21                        SR. INSPECTOR UHL: Were you told that

22           may have happened?

23                        SA DREYER: No.

24                        INSPECTOR GARDNER: Do you know why

25           someone would say that that happened?

1          SA DREYER: I do not.

2          SR. INSPECTOR UHL: Is this the first

3      you're talking about that?

4          SA DREYER: Yes.

5          SR. INSPECTOR UHL: Do you think you

6      would have recalled if that did happen?  Or could

7      your recollection be clouded by being intoxicated

8      or --

9          SA DREYER: I --

10          SR. INSPECTOR UHL:  -- at the time?

11          SA DREYER: It must, yeah, it must be

12      because I don't recall that.

13          SR. INSPECTOR UHL: So, do you believe

14      you would recall that if it did happen?

15          SA DREYER: I believe I would recall

16      that, yes.

17          SR. INSPECTOR UHL: Okay.  Were you

18      under the influence during this time period?

19          SA DREYER: Yes.

20          INSPECTOR GARDNER: Was Irizarry at the

21      party the whole time?

22          SA DREYER: Ah, as far as I know, yes.

23          INSPECTOR GARDNER: Do you recall

24      sending any messages or making any phone calls to

25      him if he wasn't there before you or he left at

1          any point or anytime before the party?

2                    SA DREYER: Not that I remember.

3                    INSPECTOR GARDNER: Did you request

4          anything from Irizarry for the party?

5                    SA DREYER: No.

6                    SR. INSPECTOR UHL: Did you send him

7          any texts during the time period?  During the

8          TDY?

9                    SA DREYER: Um, probably.

10                    SR. INSPECTOR UHL: Do you recall the

11          nature of the text messages?

12                    SA DREYER: I do not.

13                    SR. INSPECTOR UHL: Did you ask him to

14          get you ecstasy?

15                    SA DREYER: I did not.

16                    SR. INSPECTOR UHL: Did somebody else?

17                    SA DREYER: Ask him for ecstasy?

18                    SR. INSPECTOR UHL: Yes.

19                    SA DREYER: Not that I know of.

20                    SR. INSPECTOR UHL: Did you take

21          ecstasy that --

22                    SA DREYER: I did not.

23                    SR. INSPECTOR UHL: Did you tell

24          anybody you did?

25                    SA DREYER: It's possible.

1

2          SR. INSPECTOR UHL: And who would you

3     have told?

4          SA DREYER: Ah --

5          SR. INSPECTOR UHL: Relax.  Let's just

6     pause for a minute, okay?  You can have water

7     there.   That's unopened.

8          Did the event get out of control maybe

9     a little bit that night?

10          SA DREYER: Jose's wife passed me a

11     pill.  I don't know what it was to this day.

12     It's possible it was ecstasy.  It was a little

13     blue pill.  It's possible it was Viagra, I don't

14     know.  Um, I wanted Jose to think that I took it.

15          SR. INSPECTOR UHL: You wanted Jose to

16     think you took --

17          SA DREYER: The pill that she gave me.

18          SR. INSPECTOR UHL: And what did you

19     believe the pill to be at that time?

20          SA DREYER: Um, I wasn't sure.  I

21     wasn't sure.  I was --

22          SR. INSPECTOR UHL: Danielle, you're

23     smart enough to know, especially as a DEA agent,

24     you're not going to put any pill in your mouth

25     that you don't know what it is.

1                        SA DREYER: I did, yes.  Which is why

2            I did not take it.  I thought it may have been

3            Viagra um or ecstasy.

4                        SR. INSPECTOR UHL: Okay.  So, let's go

5            over this again.  So, why did -- okay, let's go

6            back to the lack of candor and, you know, the

7            agreement you made about being compelled and

8            false statements.

9                        So, how -- how did it come to be where

10           Jose's wife passed you a pill?

11                       SA DREYER: We were sitting around a

12           table, um, I had mentioned to Jose I think before

13           his wife came that I thought she was beautiful

14           and he made a comment back, like I think she

15           would think you are beautiful, too.  And then

16           they were sitting at the table.  She was next to

17           him.  Um, and at some point she took out a little

18           bag that had several small blue pills in it and

19           passed one over and I accepted it.  I did not

20           consume it.  Um --

21                       SR. INSPECTOR UHL: What did she tell

22           you it was?

23                       SA DREYER: She didn't.  She just

24           handed it to me.

25                       SR. INSPECTOR UHL: Well, what did you

1       believe it to be?

2

3                    SA DREYER: Um, at the time I thought

4       maybe Viagra or GHB.  Um, I think I actually went

5       back to my hotel room and Googled, little blue

6       pills.  Um, and Viagra obviously was the most

7       common one.  Um, I don't know.

8                    SR. INSPECTOR UHL: But you told

9       somebody you thought you took ecstasy?

10                   SA DREYER: I wanted Jose to think that

11      I had taken it.  And --

12                   SR. INSPECTOR UHL: You had taken what?

13                   SA DREYER: Whatever the pill was that

14      she gave me.

15                   SR. INSPECTOR UHL: Well, when I said

16      ecstasy you're like, I may have told somebody

17      that.

18                   SA DREYER: I'm not sure what you're --

19                   SR. INSPECTOR UHL: Well, I'm saying

20      when I mentioned ecstasy you said, I may have

21      told somebody that.

22                   SA DREYER: I wanted Jose to think that

23      I had taken it.

24                   SR. INSPECTOR UHL: That you had taken

25      what he believed to be --

1                    SA DREYER: Whatever the pill was.  I

2          don't think we ever used the word ecstasy.

3                    SR. INSPECTOR UHL: Well, you told

4          somebody that.  I mean, we didn't come up with

5          ecstasy just out of the blue.  Could you have

6          texted that to him?

7                    SA DREYER: To Jose?

8                    SR. INSPECTOR UHL: Yes.

9                    SA DREYER: It sounds like you're

10         suggesting I did so possibly but I don't recall

11         that.

12                    SR. INSPECTOR UHL: I'm not suggesting

13         anything.  I'm asking you.  I mean, there's a lot

14         that do know, obviously, this investigation has

15         gone on four years.  But I'm asking you to be

16         truthful.  Was it something you and him discussed

17         earlier that evening?

18                    SA DREYER: No.

19                    SR. INSPECTOR UHL: Did you ask for it,

20         request it?

21                    SA DREYER: No.

22                    SR. INSPECTOR UHL: But his wife just

23         provided it to you?

24                    SA DREYER: Yes.

25                    SR. INSPECTOR UHL: And you didn't take

1          it?

2                    SA DREYER: No.

3                    SR. INSPECTOR UHL: You don't know what

4          it was?

5                    SA DREYER: No.

6                    SR. INSPECTOR UHL: What did you say

7          you believed it was?

8                    SA DREYER: I assumed in hindsight that

9          it was ecstasy.  It's -- at the time I thought

10         maybe GHB or Viagra, um, and after I now assume

11         it was ecstasy.

12                   INSPECTOR GARDNER: What did you do

13         with it?

14                   SA DREYER: It went into my bra.

15                   INSPECTOR GARDNER: How did it go in

16         your bra?

17                   SR. INSPECTOR UHL: You weren't wearing

18         a bra.

19                   SA DREYER: Well, at the time I was.

20         We were sitting around a table.

21                   INSPECTOR GARDNER: But when that went

22         off where did it go?

23                   SA DREYER: The hot tub.  An area

24         around the hot tub.

25                   SR. INSPECTOR UHL: I thought you took

1          it back to your hotel room and --

2                    SA DREYER: I didn't bring the pill

3          back to the hotel room with me.

4                    SR. INSPECTOR UHL: What did you tell

5          the AUSA?

6                    SA DREYER: I don't remember.

7                    SR. INSPECTOR UHL: Do you remember

8          telling her you took ecstasy?

9                    SA DREYER: I do not.

10                   SR. INSPECTOR UHL: Would it be a lie

11         if she told us that that's what you said?

12                   SA DREYER: I don't know what I told

13         her that night.  I don't remember.

14                   SA PASSMORE:   Why did you want Jose

15         to think you took ecstasy?

16                   SA DREYER: Because his wife had given

17         it to me.

18                   SA PASSMORE:  Why would she have

19         thought that you wanted that in the first place?

20                   SA DREYER: I -- I don't know.  Maybe

21         just the whole party -- party atmosphere.  I

22         don't know.

23                   SA PASSMORE: Did she give it to anyone

24         else?

25                   SA DREYER: Not that I saw.

```
1                      SA PASSMORE: Did anyone else talk

2           about it?

3                      SA DREYER: No.

4                      SA PASSMORE: Did you tell anyone else

5           they had given you a pill?

6                      SA DREYER: I didn't think I told her

7           that they had given me a pill either so I don't

8           know.

9                      INSPECTOR GARDNER: Did anybody else

10          get a pill?

11                     SA DREYER: I don't know.  Not that I

12          saw.

13                     SR. INSPECTOR UHL: Have you taken

14          ecstasy before?

15                     SA DREYER: Never.

16                     SR. INSPECTOR UHL: Did you take it

17          that night, Danielle?

18                     SA DREYER: I did not.

19                     SR. INSPECTOR UHL: Did you take it the

20          next day on a boat?

21                     SA DREYER: I did not.

22                     SR. INSPECTOR UHL: Were you on a boat

23          the next day?

24                     SA DREYER: I was.

25                     SR. INSPECTOR UHL: So, why is your
```

1    story different from other people that were on
2    the boat?  Were they lying?
3                    SA DREYER: I don't know what other
4    people had said.  I did not take any ecstasy on
5    the trip, prior to that trip, since that trip.
6                    SR. INSPECTOR UHL: Did you have
7    concerns during that time that Jose would pass
8    you or have his wife pass you a pill?
9                    SA DREYER: Concerns?
10                    SR. INSPECTOR UHL: Yes, concerns.  Is
11    that something that may -- maybe should have been
12    reported to OPR that another agent had his wife
13    pass you a controlled substance?
14                    SA DREYER: In hindsight, yes.  Um, at
15    the time I didn't know what it was.
16                    SR. INSPECTOR UHL: Even more so, I
17    believe.
18                    SA DREYER: Yeah, in hindsight I wish
19    I could change that.  I was at the time
20    relatively new.  These people knew each other.
21    Um, I guess I was just trying to fit in.  Say
22    what was -- say what he wanted to hear.
23                    SR. INSPECTOR UHL: Well, how do you
24    know that's what he wanted to hear?
25                    SA DREYER: Um --

1        SR. INSPECTOR UHL: How do you know he

2     even knew his wife gave that to you?

3        SA DREYER: He saw his wife give it to

4     me.

5        SR. INSPECTOR UHL:

6        SA PASSMORE: Did they think you took

7     it right then?

8        SA DREYER: I'm not sure what they

9     thought.  Um, yeah, presumably.

10       SR. INSPECTOR UHL: Why would he --

11       SA DREYER: I told him that I took it.

12       SR. INSPECTOR UHL: And he told you

13    that it was ecstasy?

14       SA DREYER: He did not tell me it was

15    ecstasy.

16       INSPECTOR GARDNER: Did you stay

17    sitting there at the table with them after they

18    gave you the pill or she gave you the pill?

19       SA DREYER: Um, for awhile.

20       INSPECTOR GARDNER: So, how did you get

21    away with just holding on to the pill and not

22    taking it in front of them?

23       SA DREYER: I don't know, maybe -- I

24    don't know.

25       INSPECTOR GARDNER: Did you fake taking

```
1              it in front of them?
2                        SA DREYER: No, I don't think so.  Um,
3              I think there was just so much going on at the
4              time I was able to get away with just kind of
5              slipping it and no one was looking.
6                        INSPECTOR GARDNER: The next day on
7              that boat trip was Irizarry's wife there?
8                        SA DREYER: She was not.
9                        INSPECTOR GARDNER: Did you see anymore
10             pills on that trip?  Who had the pills?
11                       SA DREYER: Jose had pills on that trip
12             as well.
13                       INSPECTOR GARDNER: Were they the same
14             kind of pills?
15                       SA DREYER: Yes.
16                       INSPECTOR GARDNER: Did you see him
17             giving those to anybody?
18                       SA DREYER: No.
19                       INSPECTOR GARDNER: Did he give you one
20             of those?
21                       SA DREYER: He gave me one that, again,
22             I did not take and it ended up in the boat
23             cushions.
24                       SR. INSPECTOR UHL: So, he gave you one
25             on the boat?  I just asked you about being on the
```

1              boat before and you didn't say anything about

2              ecstasy.  You said, no.

3                        INSPECTOR GARDNER: So, you didn't see

4              him give it to anybody else, did you?

5                        SA DREYER: No.

6                        SR. INSPECTOR UHL: So, you didn't take

7              that one on the boat either?

8                        SA DREYER: No.

9                        SR. INSPECTOR UHL: Is there any reason

10             why Jose would have said he saw you take it?  Is

11             he lying?

12                        SA DREYER: Because he handed it to me.

13             He probably assumed I took it.  I'm sure I told

14             him I took it.

15                        INSPECTOR GARDNER: Help me understand

16             because I can't fathom how another agent would

17             think it would be okay to give another agent a

18             pill.  So, I'm feeling like, did you guys have a

19             closer relationship or like how would he think

20             it's okay to give you this pill?

21                        SA DREYER: Probably because of the

22             party at the apartment prior.  If he thinks I

23             took it then he probably assumed I wanted it

24             then, too.  And I -- I didn't want to tell him n

25             o.  Um, I wanted to fit in --

1          SR. INSPECTOR UHL: Why, you didn't

2     even know him?

3          SA DREYER: I didn't know him but my GS

4     knew him.  The other agents that I was working

5     with knew him and everything I now in hindsight

6     he was doing what he was doing.  But at the time

7     he was a well respected agent.

8          SR. INSPECTOR UHL: Doing ecstasy?

9          INSPECTOR GARDNER: And was your --

10    your supervisor was at the party, is that what

11    you said?

12          SA DREYER: yes.

13          INSPECTOR GARDNER: Did you let him

14    know about the pill being passed to you?

15          SA DREYER: I can't remember.

16          SR. INSPECTOR UHL: Did Jose give him

17    a pill also?

18          SA DREYER: Not that I saw.

19          SR. INSPECTOR UHL: Did he say he did?

20          SA DREYER: Did Jose say he gave my

21    one?

22          SR. INSPECTOR UHL: No.  Did your

23    supervisor say Jose gave him a pill?

24          SA DREYER: No.  I don't think -- I

25    don't remember.  I don't know.

1           INSPECTOR GARDNER: Was there anything

2      to lead you to think that he had a pill?

3           SR. INSPECTOR UHL: Danielle, half of

4      this we already know.  And you're, you know, the

5      pauses and omissions being short --

6           SA DREYER: This --

7           SR. INSPECTOR UHL:  -- are indicative

8      you're not telling the truth.  Like, or, and/or

9      omitting stuff.  We already know this

10     information.  We didn't call you up here four

11     years after it happened because, you know, we're

12     trying to tie up loose ends and didn't have any

13     information.  This is where we're at.  It's

14     already out there.  We interviewed people

15     yesterday.  Did you supervisor -- did Jose

16     provide it to everybody?

17          SA DREYER: No -- not that I know of.

18     I saw him then give me a pill.  I didn't see a

19     pill go to anybody else.

20          SR. INSPECTOR UHL: What about to your

21     GS?

22          SA DREYER: I don't know.

23          SR. INSPECTOR UHL: What did your GS

24     tell you?

25          SA DREYER: We didn't discuss that.  We

1          didn't discuss it.

2                    SR. INSPECTOR UHL: You never discussed

3          with him both of you having pills even with

4          Irizarry?

5                    SA DREYER: (Indiscernible)?

6                    SR. INSPECTOR UHL: And with -- and

7          with Maurice Aradon (phonetic sp.).

8                    SA DREYER: Not that I recall.

9                    SR. INSPECTOR UHL: I mean that's a

10         (indiscernible) answer not that you recall.

11                   SA DREYER: It was a long time ago.

12         There was alcohol involved.  I know what I --

13                   SR. INSPECTOR UHL: Then how do you

14         know you didn't take it?

15                   SA DREYER: I would -- I wouldn't have

16         taken a pill that I -- and at that time I thought

17         it was probably Viagra or GHB.

18                   SR. INSPECTOR UHL: When -- I don't

19         know any females that take Viagra.  Why would

20         Jose give you Viagra?

21                   SA DREYER: I've heard that for females

22         Viagra makes you want to have sex more.

23                   SR. INSPECTOR UHL: I heard that's what

24         men use it for.  So, on the boat the next day

25         Jose has a package of --

```
1                    SA DREYER: I don't know that he had a
2           package of pills.  He slipped me a -- the same
3           pill as the night before.  Or whatever night it
4           was, two night before, I don't know.
5                    SR. INSPECTOR UHL: Did he give one to
6           Special Agent Hathaway?
7                    SA DREYER: Not that I saw.
8                    SR. INSPECTOR UHL: Did he give one to
9           GS Koker?
10                   SA DREYER: Not that I saw.
11                   SR. INSPECTOR UHL: Did you guys
12          discuss it?
13                   SA DREYER: Not that I recall.  I don't
14          think so.
15                   SR. INSPECTOR UHL: Oh, you would have
16          discussed with your GS being that you two
17          traveled down there together.  Are you sure it
18          wasn't both you and the GS that asked Jose if he
19          could get ecstasy?
20                   SA DREYER: We didn't ask Jose to get
21          us ecstasy.
22                   SR. INSPECTOR UHL: So, do you think
23          that's taking a big risk as an agent giving
24          another agent drugs?
25                   SA DREYER: Sure.
```

1              SR. INSPECTOR UHL: How would he have

2        known to give you something like that and you'd

3        be okay with it?

4              SA DREYER: Maybe that's why his wife

5        slipped it to me the night before.

6              SR. INSPECTOR UHL: Then why would you

7        have wanted him to believe that you took it?

8              SA DREYER: Like I said, I was trying

9        to fit in.

10             SR. INSPECTOR UHL: I know but it don't

11       make sense.  I mean, you're saying his wife

12       slipped iti to you but you wanted him to believe

13       you took it.

14             SA DREYER: Yes.

15             INSPECTOR GARDNER: And why would

16       somebody say that you announced that you had

17       asked him to get it?

18             SA DREYER: I wouldn't have asked him

19       to get ecstasy.  I've never done ecstasy in my

20       life.  I wouldn't have asked him to get ecstasy.

21             SR. INSPECTOR UHL: Okay.  Well, the

22       next day on the boat now I would assume you're

23       not as, sorry, not as much under the influence.

24       At that point did you tell him why are you giving

25       this to me?

| | |
|---|---|
| 1 | SA DREYER: No.  Again, I wanted to fit |
| 2 | in with this group of people.   Um -- |
| 3 | SR. INSPECTOR UHL: Well, he was the |
| 4 | only one that you believe was doing ecstasy so -- |
| 5 | SA DREYER: But he was friends with all |
| 6 | of them. |
| 7 | SA PASSMORE: Why would you think these |
| 8 | people that it would make you fit in to take a |
| 9 | pill? |
| 10 | SA DREYER: Because he was friends with |
| 11 | them. |
| 12 | SA PASSMORE: But, did they all take |
| 13 | pills? |
| 14 | SA DREYER: Not that I know of. |
| 15 | SA PASSMORE: So, why would that make |
| 16 | it seem like you would fit in if you took a pill? |
| 17 | SA DREYER: I just -- imagine being the |
| 18 | new person to the group where they're all friends |
| 19 | with each other.  I don't want to -- I didn't |
| 20 | want to call him out, um, especially, because I |
| 21 | wasn't positive that it was ecstasy.  I mean in |
| 22 | hindsight, yeah, I think that's what it was.  Um, |
| 23 | INSPECTOR GARDNER: so, you mentioned |
| 24 | that he was -- you told him that his wife was |
| 25 | beautiful and he said he thought she would like |

1        you.  So, was he trying to get you two together

2        in maybe a threesome?

3                SA DREYER: Possibly.

4                INSPECTOR GARDNER: Was any of that

5        mentioned that maybe he would give you an ecstasy

6        and you guys get together and have a threesome?

7                SA DREYER: No.

8                INSPECTOR GARDNER: Okay.

9                SR. INSPECTOR UHL: Okay.  Let's go

10       over that night again just to make sure, ah,

11       we're very clear on the facts.  And if you want

12       to correct the record, this is your opportunity,

13       okay?

14                Who -- who did you go to the party

15       with?

16                SA DREYER: I went to the party with

17       Aaron Koker and Jeff Hathaway.

18                SR. INSPECTOR UHL: And when was the

19       first time you saw Jose at that party?

20                SA DREYER: I'm not sure when in the

21       timeline he showed up.  But he showed up at some

22       point.

23                SR. INSPECTOR UHL: And at the time he

24       showed up who was already at the party?

25                SA DREYER: Um, myself, my GS, Jeff

1      Hathaway, um, Kris and the prosecutor, um, and

2      like I said probably six other people is my guess

3      but I don't know who they were.

4              SR. INSPECTOR UHL: And you don't

5      recall anybody with a camera?

6              SA DREYER: No.

7              SR. INSPECTOR UHL: Okay.  And when

8      Jose showed up who was he with?

9              SA DREYER: His wife came at some point

10     but I think he showed up alone or with his wife.

11             SR. INSPECTOR UHL: Okay.  And at the

12     point he showed up was this before or after the

13     hot tub?

14             SA DREYER: this was before.

15             SR. INSPECTOR UHL: Okay.  So, just

16     standing around having drinks?

17             SA DREYER: Yes.

18             SR. INSPECTOR UHL: And his wife was

19     present at that point or not?

20             SA DREYER: When he first got there she

21     was not present because that's when we had the

22     conversation about her coming and me thinking she

23     was beautiful.

24             SR. INSPECTOR UHL: Well, when had you

25     previously met her?

1           SA DREYER: I'd seen pictures of her.

2           SR. INSPECTOR UHL: From when?

3           SA DREYER: Ah, I think Jason Gifford

4    texted me a photo of her with some of her friends

5    just -- not of anything bad.  She's pretty

6    impressive looking.

7           SR. INSPECTOR UHL: why would you, no.

8    but I don't understand why Jason Gifford would

9    send you a picture of another agent's wife.

10           SA DREYER: Because she's beautiful.

11           SR. INSPECTOR UHL: Well, what -- what

12    was the conversation between you and Jason?

13           SA DREYER: Oh, I can't remember.

14    Maybe it was when I was on my way down to

15    Cartagena or I met -- I don't know.  I definitely

16    don't remember that.

17           SR. INSPECTOR UHL: So, one agent sent

18    you pictures of another agent's wife.

19           SA DREYER: Like I said, they weren't

20    inappropriate photos or anything.  It was just to

21    show me that Jose had a beautiful wife.

22           SR. INSPECTOR UHL: So, you get down

23    there.  Have you already talked to Jose and --

24           SA DREYER: I don't think so.

25           SR. INSPECTOR UHL:  -- you two

1    discussed his wife.

2                SA DREYER: I don't know that I had

3    spoken to Jose at all prior to that trip.

4                SR. INSPECTOR UHL: When is the first

5    time you talked to him?

6                SA DREYER: I think it was on the roof

7    top that night.

8                SR. INSPECTOR UHL: Before or after his

9    wife was present?

10               SA DREYER: Before his wife was there.

11               SR. INSPECTOR UHL: And you said -- and

12   what was your discussion with him a that point?

13               SA DREYER: He -- I think he said

14   something along the lines of my wife is coming

15   and I was like, oh, my gosh.  I can't wait to

16   meet her, your wife is beautiful.

17               SR. INSPECTOR UHL: Did you two discuss

18   anything else?  Maybe the ecstasy?

19               SA DREYER:   No.

20               SR. INSPECTOR UHL: You're positive?

21               SA DREYER: Yes.

22               SR. INSPECTOR UHL: Okay.  So, we'll go

23   on.  Now his wife shows up.

24               SA DREYER: His wife arrived.  Pulled

25   up a chair at the table --

1             SR. INSPECTOR UHL: And gave you a

2        pill?

3             SA DREYER: They spoke a little.  She

4        was -- she was sitting for awhile.  Um, he

5        introduced me to her and at some point after that

6        she handed me a pill.

7             SR. INSPECTOR UHL: That sounds very

8        suspicious as far as no prior talking and now you

9        just have the wife of an agent hand you a pill

10        that you accept.  Would you believe that if I

11        told you that?

12             SA DREYER: As another agent I probably

13        would.

14             SR. INSPECTOR UHL: All right, so, now

15        you get the pill and what did you do with it?

16             SA DREYER: I put it in my bra.

17             SR. INSPECTOR UHL: Okay.  And then

18        what occurred after that?

19             SA DREYER: Um, at some point the

20        decision was made to get in the hot tub.  Ah, I

21        did not have a bikini.  Um, so I removed my -- I

22        think it was a dress and my bra and got into the

23        hot tub.

24             SR. INSPECTOR UHL: And who was in it

25        at that time?

```
 1                        SA DREYER: Ah, I specifically remember
 2              the prosecutor being in the hot tub, of course.
 3              I don't recall which guys were in there.
 4                        SR. INSPECTOR UHL: Were any guys in
 5              there?
 6                        SA DREYER: Yeah, a few.
 7                        SR. INSPECTOR UHL: Clothed or not?
 8                        SA DREYER: I -- I don't know.  I don't
 9              remember seeing any guys naked that night but I
10              don't know if they had bathing suits.  I did not
11              bring a bathing suit.
12                        SR. INSPECTOR UHL: At that point how
13              intoxicated were you do you believe?
14                        SA DREYER: I had several beers.
15                        SR. INSPECTOR UHL: Do you believe you
16              would have recalled if the agents were nude at
17              that point?
18                        SA DREYER: I supposed if I had seen
19              something memorable, yes.
20                        SR. INSPECTOR UHL: Okay.  So, you and
21              AUSA were in the hot tub.  Did you two have any
22              conversations?
23                        SA DREYER: I'm sure we were talking.
24                        SR. INSPECTOR UHL: And you -- and
25              you're saying there is no discussion about you
```

1          telling her you took ecstasy?  And she didn't

2          take it.

3                    SA DREYER: I don't know if she took

4          any ecstasy.

5                    SR. INSPECTOR UHL: Did she tell you

6          she did?

7                    SA DREYER: I don't remember.

8                    SR. INSPECTOR UHL: Was she given a

9          pill?

10                    SA DREYER: I don't know.

11                    SR. INSPECTOR UHL: And you don't

12          recall if you told her you may have taken it?

13                    SA DREYER: I don't recall telling her

14          that.

15                    SR. INSPECTOR UHL: Okay.  Do you

16          recall telling anybody that?

17                    SA DREYER: Just Jose.

18                    SR. INSPECTOR UHL: And what was his

19          response?

20                    SA DREYER: Um, I can't remember

21          specific -- specifically, I'm sorry.

22                    SR. INSPECTOR UHL: So, it was that

23          short.  You just told him, hey, I took it?

24                    SA DREYER: I don't remember the

25          conversation.  I remember wanting to make him

```
 1          think that I had taken it.  I don't recall what I
 2          said to make him think that.
 3                    SR. INSPECTOR UHL: And who went on the
 4          boat the next day?
 5                    SA DREYER: The next day on the boat
 6          was myself, Jose, Aaron and Jeff and there was a
 7          boat driver.  I don't know who he was.  I don't
 8          think he had any relation other than driving a
 9          boat.
10                    SR. INSPECTOR UHL: Were there any
11          females on the boat?
12                    SA DREYER: Later that night Jeff
13          invited a married couple of his that he was
14          friends with when he was in Cartagena to come on
15          the boat and the wife came out.
16                    SR. INSPECTOR UHL: And when were you
17          given the pill during that boat trip?
18                    SA DREYER: I remember going down to
19          the bathroom and he was coming up from down below
20          and just kind of put it in my hand.
21                    SR. INSPECTOR UHL: Did -- and what did
22          you do with that one?  Did you say anything to
23          him?
24                    SA DREYER: No.  Not that I remember.
25          Um, not that I remember.  I must have held onto
```

1          it until I got back up top and then just wedged

2          in the cushions.

3

4                    SR. INSPECTOR UHL: Is there any reason

5          why he would told us that you took it and other

6          people on the boat took it?

7                    SA DREYER: I don't know why?  I don't

8          know.

9                    SR. INSPECTOR UHL: Did you and the GS

10         discuss it?

11                   SA DREYER: No.

12                   SR. INSPECTOR UHL: Never?

13                   SA DREYER: No.

14                   SR. INSPECTOR UHL: Did you have any

15         concerns with Jose telling us this information

16         when he found out he got in trouble?

17                   SA DREYER: Um, I assumed it would

18         surface at some point.

19                   SR. INSPECTOR UHL: Do you think your

20         conduct that night was indicative of maybe taking

21         ecstasy?

22                   SA DREYER: No.  I think my conduct

23         that evening was beers and having fun and trying

24         to fit in.

25                   SR. INSPECTOR UHL: Do you believe it

1      was professional conduct or unprofessional?

2                SA DREYER: Um, well, I'm horrified at

3      the breast milk story.  Um, it's embarrassing

4      certainly.  But it was after hours.  It was other

5      people on the job, um --

6                INSPECTOR GARDNER: When you say you're

7      horrified at the breast milk story.  Do you

8      recall it now?

9                SA DREYER: I don't but I don't.  Um,

10     but I believe it.

11               INSPECTOR GARDNER: Why would you

12     believe it?

13               SA DREYER: Because I could shoot

14     breast milk out of my nipple.  So, I knew that I

15     could.

16               INSPECTOR GARDNER: Okay.

17               SA DREYER: I'm horrified that I did

18     it.  I'm horrified that anyone knows about it,

19     that anyone recalls it, that I'm horrified.  Um,

20     it's embarrassing.

21               INSPECTOR GARDNER: So, you believe you

22     did it?

23               SA DREYER: If you're telling me and if

24     people are saying I squirt breast milk out of my

25     nipple that night then I believe it.

1          SR. INSPECTOR UHL: Was that something

2     you would have done?  Has that happened in the

3     past?

4          SA DREYER: I knew that I could squirt

5     breast milk out of my nipples, so, yes.  I had

6     done it in the past perhaps in the privacy of my

7     own home, perhaps to show my husband.  Hey, look

8     at this amazing breast milk supply.  Um, I did

9     not realize that I was doing it at parties.  I

10    hope this is the only time that that ever

11    happened.  Um --

12          INSPECTOR GARDNER: So, just to clarify

13    the two.  So, was it just two incidents during

14    that trip, that TDY trip where you received

15    pills?

16          SA DREYER: Yes.

17          INSPECTOR GARDNER: And neither one of

18    those you reported to your GS?

19          SA DREYER: I don't think I did, no.

20          INSPECTOR GARDNER: Report it to self

21    report DEA, nothing?  Did you feel comfortable

22    enough with your GS to have approached him and

23    tell him that kind of information?

24          SA DREYER: I should have.  Um, I was

25    nervous that he was -- he was already in this

1    friend group.  He knew Jeff.  He knew Jose.  I

2    didn't want to be the one that rocked the ship.

3                SR. INSPECTOR UHL: Do you recall any

4    other -- do you recall an intel analyst being

5    there by the name of Eric Doer (phonetic sp.)?

6                SA DREYER: I don't know him.

7                SR. INSPECTOR UHL: Do you recall

8    another agent being there with Kris White from

9    Cleveland?

10                SA DREYER: Paul Stroney (phonetic

11    sp.), yes.

12                SR. INSPECTOR UHL: Paul Stroney.  How

13    do you know Paul?

14                SA DREYER: I just met him on that

15    trip.  I think he was traveling with the

16    prosecutor.

17                SR. INSPECTOR UHL: Did you talk to the

18    prosecutor after that trip?

19                SA DREYER: No.

20                SR. INSPECTOR UHL: That was the only

21    time you had conversations with her?

22                SA DREYER: Yes.

23                SR. INSPECTOR UHL: Would she have any

24    reason to not be truthful with us?

25                SA DREYER: No.  I don't know.

1          SR. INSPECTOR UHL: Do you believe Jose
2      is not being truthful with us about you taking
3      ecstasy?
4          SA DREYER: I believe Jose is telling
5      you what he thinks.  I wanted him to think that I
6      took it so h is --
7          SR. INSPECTOR UHL: Well, he told us
8      that you asked for it and another person told us
9      you asked for it?
10          SA DREYER: I didn't ask for it.
11          SR. INSPECTOR UHL: That you and GS
12      Koker asked for it.  No?
13          SA DREYER: I didn't ask for it.
14          SR. INSPECTOR UHL: Did your GS ask for
15      it?
16          SA DREYER: Not that I heard.
17          SR. INSPECTOR UHL: Is that something
18      you two discussed going down there?
19          SA DREYER: No.
20          SR. INSPECTOR UHL: Maybe when Jason
21      Gifford send you the picture of his wife?
22          SA DREYER: No.
23          SR. INSPECTOR UHL: Do you know any
24      other agents to use ecstasy?
25          SA DREYER: No.

1              SR. INSPECTOR UHL: Did anything else

2     occur during this event that we should know about

3     that you want to make us aware of now?

4              SA DREYER: No.

5              INSPECTOR GARDNER: Did you get any

6     information about maybe the reputation of

7     Irizarry before you got there or before you met

8     him or even after you met him that --

9              SA DREYER: He had a good reputation at

10    the time.  Um, I know it sounds crazy to hear

11    that about someone like that that we knew.  Um,

12    but at the time he had a good reputation.  I mean

13    he was making cases.  He had good informants.

14    Um, I had nothing led me to believe that there

15    was anything nefarious going on.

16              INSPECTOR GARDNER: Nothing to make you

17    think that he would be in possession of those

18    pills?

19              SA DREYER: No.  No.

20              SR. INSPECTOR UHL: Did he appear to be

21    under the influence when you saw him?

22              SA DREYER: Not that I recall, no.

23              SR. INSPECTOR UHL: Did you have any

24    further discussions with his wife?

25              SA DREYER: Just that night on the roof

1          top and we really didn't talk that much.

2                    INSPECTOR GARDNER: Did she get in the

3          hot tub with you guys?

4                    SA DREYER: I don't think so.  Did

5          Irizarry get in the hot tub with you?

6                    SA DREYER: I don't think so.

7                    SR. INSPECTOR UHL: Did your GS get in

8          the hot tub?

9                    SA DREYER: I don't think so.

10                   SR. INSPECTOR UHL: Did Kris White get

11         in the hot tub?

12                   SA DREYER: I don't remember.  I

13         remember obviously her being in the hot tub.  I

14         remember at least one or two guys on other -- on

15         the other sides.  I don't remember who they were

16         and like I said, I didn't know the guys in the

17         Cartagena office.  So, I wouldn't know who it

18         was.

19                   SR. INSPECTOR UHL: Were there any

20         other female agents present?

21                   SA DREYER: No.

22                   SR. INSPECTOR UHL: Anything further?

23         I think I want to take a break at this

24         point and go out and review some material.  Is

25         that okay.

1                    SA DREYER: Uh-huh.

2                    SR. INSPECTOR UHL: Just see what time

3          it is.

4                    INSPECTOR GARDNER: Time is 3:14 p.m.

5                    (Whereupon, the above interview went

6          off the record at 3:14 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2          MATTER: Interview of Danielle Dreyer

3          DATE: 01-25-22

4          I hereby certify that the attached transcription

5          of pages 1 to 53 inclusive are to the best of my

6          belief and ability a true, accurate, and complete

7          record of the above referenced proceedings as

8          contained on the provided audio recording.

9

10

11

12

13

14          -----------------------

15          Reporter

16

17

18

19

20

21

22

23

24

25

1              READING AND SIGNING

2

3         I have compared the recorded interview to

4    this transcript, which I have found to be true

5    and accurate to the best of my ability.

6

7

8

9

10   -----------------------          3-4-2022
                                      -------

11   Signature of Inspector           Date

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                           ERRATA

2      DEPOSITION/TESTIMONY OF: Danielle Dreyer

3      IN THE MATTER OF: OPR Investigation

4      DOCKET NO.: PR-ZU-2018-0050

5      TAKEN ON: 01-25-22

6      PAGE # LINE #           CHANGE                REASON

7      ------------------------------------------------

8      ------------------------------------------------

9      ------------------------------------------------

10     ------------------------------------------------

11     ------------------------------------------------

12     ------------------------------------------------

13     ------------------------------------------------

14     ------------------------------------------------

15     ------------------------------------------------

16     ------------------------------------------------

17     ------------------------------------------------

18     -------------------------------------------------

19     ------------------------------------------------

20     ------------------------------------------------

21     ------------------------------------------------

22     ------------------------------------------------

23     ------------------------------------------------

24     ------------------------------------------------

25     ------------------------------------------------
```

```
1    PAGE # LINE #          CHANGE                REASON
2         ----------------------------------------------------
3         ----------------------------------------------------
4         ----------------------------------------------------
5         ----------------------------------------------------
6         ----------------------------------------------------
7         ----------------------------------------------------
8         ----------------------------------------------------
9         ----------------------------------------------------
10        ----------------------------------------------------
11        ----------------------------------------------------
12        ----------------------------------------------------
13        ----------------------------------------------------
14        ----------------------------------------------------
15        ----------------------------------------------------
16        ----------------------------------------------------
17        ----------------------------------------------------
18        ----------------------------------------------------
19        ----------------------------------------------------
20        ----------------------------------------------------
21        ----------------------------------------------------
22        ----------------------------------------------------
23        ----------------------------------------------------
24        ----------------------------------------------------
25        ----------------------------------------------------
```

**A**

**aaron** 8:20 10:1 14:19 38:17 45:6
**ability** 7:1 54:6 55:5
**able** 30:4
**accept** 42:10
**accepted** 22:19
**accurate** 54:6 55:5
**acknowledged** 4:21 5:9 6:1
**acknowledgment** 4:25
**action** 3:25 6:14
**activity** 18:3
**acts** 6:20,23
**addition** 6:19
**administration** 1:7,19 3:22
**administrative** 6:11,15
**affect** 6:25
**agent** 1:4 2:6,7 3:8,8,12 4:20 5:8 6:1 7:17,19 7:21,24 8:9 12:3 21:23 28:12 31:16,17 32:7 35:6,23,24 40:17 42:9,12 49:8
**agents** 13:6 14:14,21 16:20 32:4 40:9,18 43:16 50:24 52:20
**ago** 17:3 34:11
**agreement** 22:7
**ah** 10:18 11:9 13:4,5 14:25 16:17,19 18:2 19:22 21:4 38:10 40:3 42:20 43:1
**ahead** 11:25
**alcohol** 15:5,7 34:12
**allegations** 4:5,7
**amazing** 48:8
**ample** 18:18
**analyst** 49:4
**announced** 36:16
**answer** 6:9 34:10
**answers** 6:8
**anybody** 20:24 27:9 30:17 31:4 33:19 39:5 44:16
**anymore** 30:9
**anytime** 20:1
**apartment** 11:11 14:2 17:12 31:22
**appear** 51:20
**appearances** 2:1
**approached** 48:22
**approximately** 3:5 8:3
**aradon** 34:7
**area** 25:23
**arrived** 41:24
**asked** 18:15 30:25

35:18 36:17,18,20 50:8,9,12
**asking** 24:13,15
**assigned** 3:13 8:12 10:16
**assume** 9:9 25:10 36:22
**assumed** 25:8 31:13,23 46:17
**assurance** 4:11
**assurances** 4:22
**atmosphere** 26:21
**attached** 54:4
**audio** 1:18 54:8
**audiotaped** 1:1
**ausa** 26:5 43:21
**ave** 5:2
**aware** 51:3
**awhile** 29:19 42:4

**B**

**back** 12:19 22:6,14 23:5 26:1,3 46:1
**bad** 40:5
**bag** 22:18
**bathing** 43:10,11
**bathroom** 45:19
**beautiful** 22:13,15 37:25 39:23 40:10,21 41:16
**beer** 15:9
**beers** 43:14 46:23
**belief** 54:6
**believe** 10:19 12:7,8 14:12,25 15:23,24 17:9 18:18 19:13,15 21:19 23:1 28:17 36:7 36:12 37:4 42:10 43:13,15 46:25 47:10 47:12,21,25 50:1,4 51:14
**believed** 23:25 25:7
**best** 54:5 55:5
**big** 35:23
**bikini** 42:21
**bit** 14:9 21:9
**blue** 21:13 22:18 23:5 24:5
**boat** 27:20,22 28:2 30:7 30:22,25 31:1,7 34:24 36:22 45:4,5,7,9,11 45:15,17 46:6
**bottom** 10:5
**bra** 25:14,16,18 42:16 42:22
**brad** 2:4 3:6 7:13
**brady** 6:21,25
**break** 52:23

**breast** 18:9,11,19,20 47:3,7,14,24 48:5,8
**bright** 31:11
**bring** 15:6 26:2 43:11
**brought** 18:15
**building** 12:16 14:12,13
**bunch** 14:20
**business** 13:19

**C**

**c** 54:1,1
**call** 33:10 37:20
**calls** 19:24
**camera** 39:5
**candor** 5:15,20 6:2 22:6
**cant** 12:16 15:8 18:18 31:16 32:15 40:13 41:15 44:20
**cape** 10:20
**career** 8:12
**cartagena** 8:16 10:15 10:17 13:24 14:22 40:15 45:14 52:17
**cartegena** 14:14
**cases** 13:7,16 51:13
**certainly** 13:16 47:4
**certify** 54:4
**chair** 41:25
**change** 11:25 28:19 56:6 57:1
**clarify** 48:12
**clear** 38:11
**cleveland** 49:9
**closer** 31:19
**clothed** 17:7 43:7
**clouded** 19:7
**cod** 10:20
**come** 13:11 22:9 24:4 45:14
**comfortable** 48:21
**coming** 12:11,15 39:22 41:14 45:19
**comment** 22:14
**committed** 6:24
**common** 23:7
**compared** 55:3
**compelled** 6:7 22:7
**complaint** 6:10
**complete** 54:6
**complex** 17:13
**concerns** 4:2 28:7,9,10 46:15
**conduct** 5:13,14 46:20 46:22 47:1
**conducted** 4:4
**conducting** 3:10
**confidentiality** 5:1,10
**constitute** 3:21

**consume** 22:20
**contact** 9:6,9 12:6,8,8
**contained** 54:8
**control** 21:8
**controlled** 28:13
**conversation** 39:22 40:12 44:25
**conversations** 43:22 49:21
**corner** 10:5
**correct** 38:12
**couple** 45:13
**course** 43:2
**court** 7:2
**crazy** 51:10
**criminal** 6:10,10,19,22
**current** 8:8
**cushions** 30:23 46:2
**cuz** 16:13

**D**

**danielle** 1:4 2:10 3:13 7:24 21:22 27:17 33:3 54:2 56:2
**date** 5:24,24 8:5 10:5 54:3 55:11
**dating** 4:23 5:11 6:3
**day** 21:11 27:20,23 30:6 34:24 36:22 45:4,5
**days** 11:10
**dea** 3:11 4:10 5:13 8:2 21:23 48:21
**debriefing** 8:25
**decision** 17:18 18:9 42:20
**definitely** 40:15
**definition** 5:20
**department** 4:9
**deposition** 56:2
**describe** 13:1,14
**didnt** 9:8 13:11,11,15 22:23 24:4,25 26:2 27:6 28:15 31:1,3,6 31:24 32:1,3 33:10,12 33:18,25 34:1,14 35:20 37:19 44:1 49:2 50:10,13 52:1,16
**different** 28:1
**directive** 4:25 5:10 6:2
**disciplinary** 3:25
**discipline** 5:21
**disclosure** 6:21
**discoverable** 6:24
**discuss** 33:25 34:1 35:12 41:17 46:10
**discussed** 24:16 34:2 35:16 41:1 50:18
**discussion** 41:12 43:25

**discussions** 51:24
**division** 3:14 8:8,10
**divisions** 8:12
**docket** 56:4
**doer** 49:5
**doing** 17:25 18:6 32:6,6 32:8 37:4 48:9
**dont** 10:24 12:11 13:10 13:22 14:21 16:8,18 16:22 17:10,19 19:12 21:11,13,25 23:7 24:2 24:10 25:3 26:6,12,13 26:20,22 27:7,11 28:3 29:23,24 30:2 32:24 32:25,25 33:22 34:18 35:1,4,13 36:10 37:19 39:3,4 40:8,15,16,24 41:2 43:3,8,8,10 44:3 44:7,10,11,13,24 45:1 45:7,7 46:7,7 47:9,9 48:19 49:6,25 52:4,6 52:9,12,15
**dress** 42:22
**dreyer** 1:4 2:10 3:13,15 4:15,18,20 5:3,6,8,18 5:22 6:1,17 7:5,11,22 7:24,25,25 8:3,6,9,13 8:17,20,24 9:4,8,17 9:20 10:1,7,10,14,18 10:24 11:6,9,14,16,19 11:22 12:4,7,20,23 13:2,4,10,15,20,22 14:3,7,11,18,25 15:3 15:7,12,15,18,22 16:1 16:5,7,14,17,22 17:2 17:8,14,19,23 18:1,4 18:7,10,17,23 19:1,4 19:9,11,15,19,22 20:2 20:5,9,12,15,17,19,22 20:25 21:4,10,17,20 22:1,11,23 23:3,10,13 23:18,22 24:1,7,9,18 24:21,24 25:2,5,8,14 25:19,23 26:2,6,9,12 26:16,20,25 27:3,6,11 27:15,18,21,24 28:3,9 28:14,18,25 29:3,8,11 29:14,19,23 30:2,8,11 30:15,18,21 31:5,8,12 31:21 32:3,12,15,18 32:20,24 33:6,17,22 33:25 34:5,8,11,15,21 35:1,7,10,13,20,25 36:4,8,14,18 37:1,5 37:10,14,17 38:3,7,16 38:20,25 39:6,9,14,17 39:20 40:1,3,10,13,19 40:24 41:2,6,10,13,19
41:21,24 42:3,12,16 42:19 43:1,6,8,14,18 43:23 44:3,7,10,13,17 44:20,24 45:5,12,18 45:24 46:7,11,13,17 46:22 47:2,9,13,17,23 48:4,16,19,24 49:6,10 49:14,19,22,25 50:4 50:10,13,16,19,22,25 51:4,9,19,22,25 52:4 52:6,9,12,21 53:1 54:2 56:2
**drinking** 15:12
**drinks** 39:16
**driver** 45:7
**driving** 45:8
**drug** 1:7,18 3:21
**drugs** 35:24

**E**

**e** 54:1,1
**earlier** 4:8 9:3 24:17
**early** 11:10
**ecstasy** 20:14,17,21 21:12 22:3 23:9,16,20 24:2,5 25:9,11 26:8 26:15 27:14 28:4 29:13,15 31:2 32:8 35:19,21 36:19,19,20 37:4,21 38:5 41:18 44:1,4 46:21 50:3,24
**either** 27:7 31:7
**embarrassing** 47:3,20
**employed** 8:2
**employee** 4:12
**ended** 30:22
**ends** 33:12
**enforcement** 1:7,18 3:21
**engaged** 17:21
**engaging** 18:3
**entitle** 4:11
**entitled** 4:25
**eod** 8:5
**eric** 49:5
**errata** 56:1
**especially** 21:23 37:20
**evening** 17:1 24:17 46:23
**event** 21:8 51:2
**everybody** 33:16
**exposure** 6:19

**F**

**f** 54:1
**facts** 38:11
**fake** 29:25
**false** 6:13 22:8
**far** 15:9 19:22 42:8
**fathom** 31:16
**fbi** 2:6 3:7 7:17
**feeding** 18:12
**feel** 48:21
**feeling** 31:18
**female** 52:20
**females** 34:19,21 45:11
**file** 3:25
**first** 4:10 14:4 17:17 19:2 26:19 38:19 39:20 41:4
**fit** 28:21 31:25 36:9 37:1,8,16 46:24
**folder** 9:12
**following** 6:6 12:6
**form** 4:13,17,23,24 5:2 5:5,11,12,17,24 6:4 18:3
**formal** 3:21
**forms** 4:9
**found** 46:16 55:4
**four** 17:2 24:15 33:10
**friend** 49:1
**friends** 37:5,10,18 40:4 45:14
**front** 29:22 30:1
**full** 3:17 7:22
**fun** 13:4 46:23
**further** 6:5 51:24 52:22

**G**

**gained** 6:8
**gardner** 2:5 3:7 7:15,16 7:16 8:15,18,22 9:1,5 9:11,14,24 10:2,22 11:3,12,15,18,24 12:25 13:3,9,13,18,21 13:25 14:5,8,16,23 15:2,4,10,13,16,19,24 16:3,9,12,15,19,24 17:11,15,20,24 18:2,5 18:8,24 19:20,23 20:3 25:12,15,21 27:9 29:16,20,25 30:6,9,13 30:16,19 31:3,15 32:9 32:13 33:1 36:15 37:23 38:4,8 47:6,11 47:16,21 48:12,17,20 51:5,16 52:2 53:4
**gathering** 17:5
**gentlemen** 16:20
**ghb** 23:4 25:10 34:17
**gifford** 40:3,8 50:21
**giglio** 6:21
**give** 26:23 29:3 30:19 31:4,17,20 32:16 33:18 34:20 35:5,8
36:2 38:5
**given** 3:23 4:22 5:10 6:3 26:16 27:5,7 44:8 45:17
**giving** 30:17 35:23 36:24
**go** 6:5 11:25 22:4,5 25:15,22 33:19 38:9 38:14 41:22 52:24
**going** 21:24 30:3 45:18 50:18 51:15
**good** 13:7 16:25 51:9 51:12,13
**googled** 23:5
**gosh** 41:15
**government** 5:14
**group** 37:2,18 49:1
**gs** 8:20 9:9 10:1 15:1 32:3 33:21,23 35:9,16 35:18 38:25 46:9 48:18,22 50:11,14 52:7
**guess** 14:1 28:21 39:2
**guidance** 5:15
**guys** 13:18 17:25 18:3 18:5 31:18 35:11 38:6 43:3,4,9 52:3,14,16

**H**

**h** 5:1 50:6
**half** 17:2 33:3
**hand** 7:7,12 42:9 45:20
**handed** 22:24 31:12 42:6
**handful** 14:14
**handled** 9:9
**happen** 19:6,14
**happened** 12:10 18:22 18:25 33:11 48:2,11
**hathaway** 10:10,13 15:3,4 35:6 38:17 39:1
**headquarters** 3:12
**health** 4:10
**hear** 12:15,18 28:22,24 51:10
**heard** 12:9 13:5 34:21 34:23 50:16
**held** 45:25
**help** 31:15
**hey** 12:15 44:23 48:7
**hindsight** 25:8 28:14,18 32:5 37:22
**holding** 29:21
**home** 48:7
**hope** 48:10
**horrified** 47:2,7,17,18 47:19

host 13:5
hot 15:20 25:23,24
  39:13 42:20,23 43:2
  43:21 52:3,5,8,11,13
hotel 23:5 26:1,3
hours 11:11 47:4
husband 48:7

**I**
id 13:23 40:1
idea 12:13
identify 9:25
im 4:9 9:17 23:18,19
  24:12,13,15 29:8
  31:13,18 38:20 43:23
  44:21 47:2,17,18,19
imagine 37:17
impressed 13:8
impressive 40:6
inappropriate 40:20
incidents 48:13
inclusive 54:5
indicative 33:7 46:20
indiscernible 34:5,10
influence 19:18 36:23
  51:21
informant 9:2
informants 8:25 9:2
  13:17 51:13
information 4:4,6,12
  6:6,13 33:10,13 46:15
  48:23 51:6
initial 10:5
inquiry 6:12,16
inspector 2:4,5 3:3,6,7
  3:16 4:16,19 5:4,7,19
  5:23 6:18 7:6,12,13
  7:15,15,21 8:1,4,7,11
  8:14,15,18,22 9:1,5
  9:11,14,15,19,22,24
  10:2,3,8,12,16,21,22
  10:25 11:3,4,7,12,15
  11:18,20,24,25 12:5
  12:18,22,24,25 13:3,9
  13:13,18,21,25 14:5,8
  14:16,23 15:2,4,10,13
  15:16,19,24 16:3,6,9
  16:10,12,15,19,24,25
  17:4,11,15,20,24 18:2
  18:5,8,14,21,24 19:2
  19:5,10,13,17,20,23
  20:3,6,10,13,16,18,20
  20:23 21:2,5,15,18,22
  22:4,21,25 23:8,12,15
  23:19,24 24:3,8,12,19
  24:22,25 25:3,6,12,15
  25:17,21,25 26:4,7,10
  27:9,13,16,19,22,25

28:6,10,16,23 29:1,5
  29:10,12,16,20,25
  30:6,9,13,16,19,24
  31:3,6,9,15 32:1,8,9
  32:13,16,19,22 33:1,3
  33:7,20,23 34:2,6,9
  34:13,18,23 35:5,8,11
  35:15,22 36:1,6,10,15
  36:21 37:3,23 38:4,8
  38:9,18,23 39:4,7,11
  39:15,18,24 40:2,7,11
  40:17,22,25 41:4,8,11
  41:17,20,22 42:1,7,14
  42:17,24 43:4,7,12,15
  43:20,24 44:5,8,11,15
  44:18,22 45:3,10,16
  45:21 46:4,9,12,14,19
  46:25 47:6,11,16,21
  48:1,12,17,20 49:3,7
  49:12,17,20,23 50:1,7
  50:11,14,17,20,23
  51:1,5,16,20,23 52:2
  52:7,10,19,22 53:2,4
  55:11
intel 49:4
interview 3:10 4:2 6:7
  53:5 54:2 55:3
interviewed 4:6 33:14
interviewing 3:12
intoxicated 15:11,14
  19:7 43:13
introduced 42:5
investigation 4:3 24:14
  56:3
investigations 5:1
investigative 3:24
invite 15:1
invited 14:24 15:1,1
  45:13
involved 34:12
irizarry 11:6,8 12:3 13:1
  19:20 20:4 34:4 51:7
  52:5
irizarrys 30:7
irs 2:7 3:8 7:19
iti 36:12
ive 11:16 34:21 36:19

**J**
january 1:10 3:4 8:6
jason 40:3,8,12 50:20
jeff 10:10,13,14 14:19
  14:25 15:2,3 38:17,25
  45:6,12 49:1
job 7:1 47:5
jobs 17:3
jose 11:6 21:14,15
  22:12 23:10,22 24:7

26:14 28:7 30:11
  31:10 32:16,20,23
  33:15 34:20,25 35:18
  35:20 38:19 39:8
  40:21,23 41:3 44:17
  45:6 46:15 49:1 50:1
  50:4
joses 21:10 22:10

**K**
kind 30:4,14 45:20
  48:23
kirsten 2:6 3:8 7:17
kissing 17:21
knew 13:16 18:17 28:20
  29:2 32:4,5 47:14
  48:4 49:1,1 51:11
know 6:12 10:12,24
  11:19 12:11,15 13:5
  13:10,23 14:21 15:25
  16:3,8 17:4,11,14,17
  18:24 19:22 20:19
  21:11,14,23,25 22:6
  23:7 24:14 25:3 26:12
  26:20,22 27:8,11 28:3
  28:15,24 29:1,23,24
  32:2,3,14,25 33:4,4,9
  33:11,17,22 34:12,14
  34:19 35:1,4 36:10
  37:14 39:3 40:15 41:2
  43:8,10 44:3,10 45:7
  46:7,8 49:6,13,25
  50:23 51:2,10 52:16
  52:17
knowingly 6:13
known 36:2
knows 47:18
koker 8:21 10:1,2 35:9
  38:17 50:12
kris 11:24 14:12,20
  39:1 49:8 52:10

**L**
l 1:4 3:13
lack 5:15,20 6:2 22:6
laughed 18:14
lead 33:2
led 51:14
left 19:25
lie 26:10
life 36:20
line 56:6 57:1
lines 41:14
little 14:9 21:9,12 22:17
  23:5 42:3
lived 14:13
lives 14:12
long 8:1 34:11

look 48:7
looking 30:5 40:6
loose 33:12
lot 13:6 24:13
lying 28:2 31:11

**M**
m 1:11 3:2,5 53:4,6
maintain 4:25
making 19:24 51:13
mark 11:1 12:1
married 45:13
material 52:24
matter 54:2 56:3
maurice 34:7
mean 24:4,13 34:9
  36:11 37:21 51:12
meaning 15:2
means 6:22
meet 11:8 41:16
memorable 43:19
memory 17:3
men 17:10 34:24
mention 6:18
mentioned 14:1 22:12
  23:20 37:23 38:5
messages 19:24 20:11
met 10:14 11:9,17 12:3
  13:8 14:1,4 39:25
  40:15 49:14 51:7,8
middle 13:6
milk 18:9,19,20 47:3,7
  47:14,24 48:5,8
minimal 13:20,22
minute 21:6
misconduct 4:5
mouth 21:24

**N**
n 31:24
naked 17:7 43:9
name 7:14,16,22,23
  10:4 16:8 49:5
nature 6:15 20:11
nefarious 51:15
neither 6:8 48:17
nervous 48:25
never 27:15 34:2 36:19
  46:12
new 3:13 8:10 12:11,12
  12:15 28:20 37:18
night 21:9 26:13 27:17
  35:3,3,4 36:5 38:10
  41:7 43:9 45:12 46:20
  47:25 51:25
nipple 47:14,25
nipples 48:5
notifications 9:10,16

9:17,21,23
**nude** 15:20 16:4,16,23
43:16

---

**O**

**o** 16:12 31:25
**oath** 3:19
**obtain** 4:4
**obviously** 12:13 23:6
24:14 52:13
**occur** 51:2
**occurred** 42:18
**office** 1:8,19 2:3 3:11
10:20 14:15,22 52:17
**oh** 9:19 16:5 35:15
40:13 41:15
**ohio** 16:5,7
**okay** 3:16 4:19 5:18
8:14,15,22 9:1,5,11
9:14,23,24 10:2,7,21
10:22,25 11:7,15,18
12:20,24 13:13,21,25
14:23 15:4,13 16:9,15
16:19,24 19:17 21:6
22:4,5 31:17,20 36:3
36:21 38:8,9,13 39:7
39:11,15 41:22 42:17
43:20 44:15 47:16
52:25
**omissions** 33:5
**omitting** 33:9
**opportunity** 3:23 4:13
5:2,16 38:12
**opr** 3:24 4:2 5:1 28:12
56:3
**organized** 14:24
**overlaps** 13:17
**overly** 13:7

---

**P**

**p** 1:11 3:2,5 53:4,6
**package** 34:25 35:2
**page** 56:6 57:1
**pages** 54:5
**part** 5:21
**parties** 48:9
**party** 14:6,9,24 15:5
19:21 20:1,4 26:21,21
31:22 32:10 38:14,16
38:19,24
**pass** 28:7,8,13
**passed** 21:10 22:10,19
32:14
**passmore** 2:6 3:8 7:17
7:18,18 26:14,18,23
27:1,4 29:6 37:7,12
37:15
**paul** 49:10,12,13

**pause** 21:6
**pauses** 33:5
**paying** 8:24
**people** 17:6 28:1,4,20
33:14 37:2,8 39:2
46:6 47:5,24
**perform** 7:1
**period** 19:18 20:7
**person** 9:13 10:24
11:22 37:18 50:8
**phone** 19:24
**phonetic** 2:6 8:21 10:10
34:7 49:5,10
**photo** 9:25 10:4,9,23
11:2,21 16:11 40:4
**photos** 15:17 40:20
**picture** 40:9 50:21
**pictures** 40:1,18
**pill** 21:11,13,17,19,24
22:10 23:13 24:1 26:2
27:5,7,10 28:8 29:18
29:18,21 31:18,20
32:14,17,23 33:2,18
33:19 34:16 35:3 37:9
37:16 42:2,6,9,15
44:9 45:17
**pills** 22:18 23:6 30:10
30:10,11,14 34:3 35:2
37:13 48:15 51:18
**place** 26:19
**please** 5:23 7:6,22
**point** 7:4 9:6,9 10:18
15:19 17:25 18:12
20:1 22:17 36:24
38:22 39:9,12,19
41:12 42:5,19 43:12
43:17 46:18 52:24
**position** 8:8
**positive** 37:21 41:20
**possession** 51:17
**possible** 6:19 18:12
20:25 21:12,13
**possibly** 15:15 24:10
38:3
**preclude** 7:1
**prejudicial** 5:14
**present** 3:7,9 17:13
39:19,21 41:9 52:20
**presented** 4:8,24 5:12
**presumably** 29:9
**pretty** 40:5
**previously** 39:25
**principles** 6:21
**prior** 9:15 28:5 31:22
41:3 42:8
**privacy** 48:6
**probably** 18:1,11 20:9
31:13,21,23 34:17

39:2 42:12
**proceeding** 6:25
**proceedings** 3:1,17,18
3:20 6:10 54:7
**produced** 1:17
**professional** 1:8,19 2:3
3:11 47:1
**pronounce** 3:14
**proposed** 3:25
**prosecuted** 6:14
**prosecution** 6:23
**prosecutor** 16:7,11
17:21 18:19 39:1 43:2
49:16,18
**provide** 4:12 6:13 15:6
33:16
**provided** 1:18 5:20 15:8
24:23 54:8
**przu20180050** 1:5 4:3
56:4
**pulled** 41:24
**purpose** 8:23
**put** 7:12 21:24 42:16
45:20

---

**Q**

**question** 11:1 12:1
18:15
**questions** 4:17 5:5

---

**R**

**r** 54:1
**raise** 7:7
**ramifications** 7:3
**reached** 12:14
**reading** 55:1
**realize** 48:9
**really** 14:21 52:1
**reason** 31:9 46:4 49:24
56:6 57:1
**recall** 8:4 15:16,18
16:18,22 17:5,6,8,19
18:10,13,19 19:12,14
19:15,23 20:10 24:10
34:8,10 35:13 39:5
43:3 44:12,13,16 45:1
47:8 49:3,4,7 51:22
**recalled** 19:6 43:16
**recalls** 47:19
**received** 48:14
**receiving** 4:21 5:9 6:1
**recognize** 11:20
**recollection** 16:1 17:1
19:7
**record** 3:3 4:20 5:7,25
38:12 53:6 54:7
**recorded** 3:17 55:3
**recording** 54:8

**referenced** 54:7
**reflect** 3:4 4:20 5:8,25
**regard** 5:15
**regarding** 4:4,7,17 5:5
**regardless** 6:15
**regulations** 4:10
**relation** 45:8
**relationship** 13:14,19
31:19
**relatively** 28:20
**relax** 21:5
**remember** 14:16 15:8,9
17:3,10 20:2 26:6,7
26:13 32:15,25 40:13
40:16 43:1,9 44:7,20
44:24,25 45:18,24,25
52:12,13,14,15
**removed** 42:21
**replied** 12:20
**report** 48:20,21
**reported** 28:12 48:18
**reporter** 54:15
**reputation** 51:6,9,12
**request** 20:3 24:20
**required** 4:9,12
**residents** 17:12
**respected** 32:7
**respond** 7:3
**response** 44:19
**responsibility** 1:8,20
2:3 3:11
**result** 5:21
**review** 3:24 4:13 5:2,16
52:24
**right** 3:14 7:7 29:7
42:14
**righthand** 10:5
**risk** 35:23
**rocked** 49:2
**roof** 14:11 41:6 51:25
**room** 23:5 26:1,3
**ross** 2:7 3:8 7:19
**rumor** 12:12

---

**S**

**sa** 2:10 3:15 4:15,18 5:3
5:6,18,22 6:17 7:5,11
7:17,19,24 8:3,6,9,13
8:17,20,24 9:4,8,17
9:20 10:1,7,10,14,18
10:24 11:6,9,14,16,19
11:22 12:4,7,20,23
13:2,4,10,15,20,22
14:3,7,11,18,25 15:3
15:7,12,15,18,22 16:1
16:5,7,14,17,22 17:2
17:8,14,19,23 18:1,4
18:7,10,17,23 19:1,4

19:9,11,15,19,22 20:2
20:5,9,12,15,17,19,22
20:25 21:4,10,17,20
22:1,11,23 23:3,10,13
23:18,22 24:1,7,9,18
24:21,24 25:2,5,8,14
25:19,23 26:2,6,9,12
26:14,16,18,20,23,25
27:1,3,4,6,11,15,18
27:21,24 28:3,9,14,18
28:25 29:3,6,8,11,14
29:19,23 30:2,8,11,15
30:18,21 31:5,8,12,21
32:3,12,15,18,20,24
33:6,17,22,25 34:5,8
34:11,15,21 35:1,7,10
35:13,20,25 36:4,8,14
36:18 37:1,5,7,10,12
37:14,15,17 38:3,7,16
38:20,25 39:6,9,14,17
39:20 40:1,3,10,13,19
40:24 41:2,6,10,13,19
41:21,24 42:3,12,16
42:19 43:1,6,8,14,18
43:23 44:3,7,10,13,17
44:20,24 45:5,12,18
45:24 46:7,11,13,17
46:22 47:2,9,13,17,23
48:4,16,19,24 49:6,10
49:14,19,22,25 50:4
50:10,13,16,19,22,25
51:4,9,19,22,25 52:4
52:6,9,12,21 53:1
**saw** 26:25 27:12 29:3
  31:10 32:18 33:18
  35:7,10 38:19 51:21
**saying** 23:19 36:11
  43:25 47:24
**says** 16:13
**second** 4:24
**section** 5:13
**see** 30:9,16 31:3 33:18
  53:2
**seeing** 43:9
**seen** 40:1 43:18
**self** 48:20
**send** 20:6 40:9 50:21
**sending** 19:24
**senior** 2:4 3:6 7:13
**sense** 36:11
**sent** 40:17
**separate** 9:5
**september** 8:15
**serious** 5:21
**sex** 34:22
**sexual** 18:3
**shes** 40:5,10
**ship** 49:2

**shoot** 47:13
**short** 33:5 44:23
**show** 40:21 48:7
**showed** 38:21,21,24
  39:8,10,12
**shows** 41:23
**sides** 52:15
**sign** 5:24
**signature** 55:11
**signified** 4:23 5:11 6:3
**signing** 4:23 5:11 6:3
  55:1
**sitting** 22:11,16 25:20
  29:17 42:4
**six** 39:2
**slipped** 35:2 36:5,12
**slipping** 30:5
**small** 22:18
**smart** 21:23
**solemnly** 7:8
**somebody** 15:6 20:16
  23:9,16,21 24:4 36:16
**sorry** 36:23 44:21
**sort** 12:16
**sounds** 24:9 42:7 51:10
**sp** 8:21 10:11 34:7 49:5
  49:11
**special** 1:4 2:6,7 3:7,8
  3:12 4:20 5:8,25 7:17
  7:19,21,24 8:9 12:3
  35:6
**specific** 5:15 44:21
**specifically** 43:1 44:21
**spell** 7:23
**spelled** 7:14
**spencer** 2:7 3:9 7:19,20
  7:20
**spoke** 42:3
**spoken** 13:23 41:3
**squirt** 18:9 47:24 48:4
**squirting** 18:19
**sr** 3:3,16 4:16,19 5:4,7
  5:19,23 6:18 7:6,12
  7:21 8:1,4,7,11,14
  9:15,19,22 10:3,8,12
  10:16,21,25 11:4,7,20
  11:25 12:5,18,22,24
  16:6,10,25 17:4 18:14
  18:21 19:2,5,10,13,17
  20:6,10,13,16,18,20
  20:23 21:2,5,15,18,22
  22:4,21,25 23:8,12,15
  23:19,24 24:3,8,12,19
  24:22,25 25:3,6,17,25
  26:4,7,10 27:13,16,19
  27:22,25 28:6,10,16
  28:23 29:1,5,10,12
  30:24 31:6,9 32:1,8

32:16,19,22 33:3,7,20
33:23 34:2,6,9,13,18
34:23 35:5,8,11,15,22
36:1,6,10,21 37:3
38:9,18,23 39:4,7,11
39:15,18,24 40:2,7,11
40:17,22,25 41:4,8,11
41:17,20,22 42:1,7,14
42:17,24 43:4,7,12,15
43:20,24 44:5,8,11,15
44:18,22 45:3,10,16
45:21 46:4,9,12,14,19
46:25 48:1 49:3,7,12
49:17,20,23 50:1,7,11
50:14,17,20,23 51:1
51:20,23 52:7,10,19
52:22 53:2
**staff** 17:13
**standards** 5:13
**standing** 39:16
**state** 7:22
**statement** 1:2 3:19,22
**statements** 7:9 22:8
**stationed** 12:12
**stay** 29:16
**story** 28:1 47:3,7
**strictly** 6:11
**stroney** 49:10,12
**stuff** 33:9
**subject** 6:20
**substance** 28:13
**suggesting** 24:10,12
**suit** 43:11
**suits** 43:10
**supervisor** 32:10,23
  33:15
**supply** 18:18 48:8
**supposed** 43:18
**sure** 9:17,23 21:20,21
  23:18 29:8 31:13
  35:17,25 38:10,20
  43:23
**surface** 46:18
**suspicious** 42:8
**sustained** 6:20
**swear** 7:8
**sworn** 1:2

---
**T**
---

**t** 54:1,1
**table** 22:12,16 25:20
  29:17 41:25
**take** 5:16 20:20 22:2
  24:25 27:16,19 28:4
  30:22 31:6,10 34:14
  34:19 37:8,12 44:2
  52:23
**taken** 3:19 23:11,12,23

23:24 27:13 34:16
  44:12 45:1 56:5
**talk** 13:19 27:1 49:17
  52:1
**talked** 40:23 41:5
**talking** 9:3 19:3 42:8
  43:23
**tdy** 8:16 11:13 12:2,6
  13:24 20:8 48:14
**tell** 14:8 20:23 22:21
  26:4 27:4 29:14 31:24
  33:24 36:24 44:5
  48:23
**telling** 26:8 33:8 44:1
  44:13,16 46:15 47:23
  50:4
**testifying** 7:2
**testimony** 56:2
**text** 20:11
**texted** 24:6 40:4
**texts** 20:7
**th** 6:7
**thank** 9:23 10:6
**thanks** 12:21
**thats** 10:2 11:16 18:15
  21:7 26:11 28:24 34:9
  34:23 35:23 36:4
  37:22 39:21
**theres** 24:13
**theyre** 37:18
**thing** 12:17
**think** 12:20 14:3,19
  15:8 17:5 19:5 21:14
  21:16 22:12,14,15
  23:4,10,22 24:2 26:15
  27:6 29:6 30:2,3
  31:17,19 32:24 33:2
  35:14,22 37:7,22
  39:10 40:3,24 41:6,13
  42:22 45:1,2,8 46:19
  46:22 48:19 49:15
  50:5 51:17 52:4,6,9
  52:23
**thinking** 39:22
**thinks** 31:22 50:5
**third** 5:12
**thought** 22:2,13 23:3,9
  25:9,25 26:19 29:9
  34:16 37:25
**threesome** 38:2,6
**tie** 33:12
**time** 3:5 4:14 10:19
  11:16 12:2 14:4 19:10
  19:18,21 20:7 21:19
  23:3 25:9,19 28:7,15
  28:19 30:4 32:6 34:11
  34:16 38:19,23 41:5
  42:25 48:10 49:21

51:10,12 53:2,4
**timeline** 38:21
**today** 3:4
**todays** 5:24
**told** 18:21 21:3 23:8,16
23:21 24:3 26:11,12
27:6 29:11,12 31:13
37:24 42:11 44:12,23
46:5 50:7,8
**top** 14:11 17:17 41:7
46:1 52:1
**tops** 17:16
**touching** 17:21
**tracey** 2:5 3:7 7:15
**transcript** 1:17 3:18,20
3:24 55:4
**transcription** 54:4
**travel** 8:18 10:19
**traveled** 8:20 35:17
**traveling** 9:16 49:15
**trip** 8:19,23 10:14 11:13
28:5,5,5 30:7,10,11
41:3 45:17 48:14,14
49:15,18
**trouble** 12:14 46:16
**true** 12:12 54:6 55:4
**truly** 18:10
**truth** 7:9,10 33:8
**truthful** 24:16 49:24
50:2
**truthfully** 7:4
**trying** 28:21 33:12 36:8
38:1 46:23
**tub** 15:21 16:16 25:23
25:24 39:13 42:20,23
43:2,21 52:3,5,8,11
52:13
**tuesday** 1:10 3:4
**two** 4:8 35:4,16 38:1
40:25 41:17 43:21
48:13,13 50:18 52:14

**U**

**uhhuh** 53:1
**uhl** 2:4 3:3,6,16 4:16,19
5:4,7,19,23 6:18 7:6
7:12,13,14,21 8:1,4,7
8:11,14 9:15,19,22
10:3,8,12,16,21,25
11:4,7,20,25 12:5,18
12:22,24 16:6,10,25
17:4 18:14,21 19:2,5
19:10,13,17 20:6,10
20:13,16,18,20,23
21:2,5,15,18,22 22:4
22:21,25 23:8,12,15
23:19,24 24:3,8,12,19
24:22,25 25:3,6,17,25

26:4,7,10 27:13,16,19
27:22,25 28:6,10,16
28:23 29:1,5,10,12
30:24 31:6,9 32:1,8
32:16,19,22 33:3,7,20
33:23 34:2,6,9,13,18
34:23 35:5,8,11,15,22
36:1,6,10,21 37:3
38:9,18,23 39:4,7,11
39:15,18,24 40:2,7,11
40:17,22,25 41:4,8,11
41:17,20,22 42:1,7,14
42:17,24 43:4,7,12,15
43:20,24 44:5,8,11,15
44:18,22 45:3,10,16
45:21 46:4,9,12,14,19
46:25 48:1 49:3,7,12
49:17,20,23 50:1,7,11
50:14,17,20,23 51:1
51:20,23 52:7,10,19
52:22 53:2
**um** 9:6,8,11 11:10 12:7
12:14 13:4,7,10,16,17
13:22 14:13,19 15:7
18:10,11,20 20:9
21:14,20 22:3,12,17
22:20 23:3,4,6,7
25:10 28:14,21,25
29:9,19 30:2 31:25
37:2,20,22 38:25 39:1
39:1 42:4,19,21 44:20
45:25 46:17 47:2,3,5
47:9,19 48:8,11,24
51:10,11,14
**understand** 5:19 6:6,16
7:2 31:15 40:8
**understanding** 4:21 5:9
6:2
**underwear** 15:22 16:2
16:18 17:9,9,16
**unidentified** 9:13
**unopened** 21:7
**unprofessional** 47:1
**untruthfulness** 6:20,23
**use** 34:24 50:24

**V**

**viagra** 21:13 22:3 23:4
23:6 25:10 34:17,19
34:20,22
**video** 15:17
**virtue** 6:7

**W**

**wait** 12:16 41:15
**want** 5:16 6:5,12 10:25
26:14 31:24 34:22
37:19,20 38:11 49:2

51:3 52:23
**wanted** 21:14,15 23:10
23:22 26:19 28:22,24
31:23,25 36:7,12 37:1
50:5
**wanting** 44:25
**warning** 4:11
**warnings** 4:22
**wasnt** 13:7 19:25 21:20
21:21 35:18 37:21
**watching** 18:1
**water** 21:6
**way** 6:9 16:13 40:14
**wearing** 25:17
**wedged** 46:1
**went** 23:4 25:14,21
38:16 45:3 53:5
**white** 11:24 14:13 49:8
52:10
**wife** 14:18 21:10 22:10
22:13 24:22 26:16
28:8,12 29:2,3 30:7
36:4,11 37:24 39:9,10
39:18 40:9,18,21 41:1
41:9,10,14,16,23,24
42:9 45:15 50:21
51:24
**willfully** 6:13
**willing** 13:5
**wish** 28:18
**witness** 2:9 6:22
**word** 12:10 24:2
**work** 13:7,15
**working** 32:4
**wouldnt** 34:15 36:18,20
52:17
**write** 10:4 16:10

**X**

**Y**

**yeah** 19:11 28:18 29:9
37:22 43:6
**years** 8:3 17:3 24:15
33:11
**yesterday** 33:15
**york** 3:14 8:10 12:11,13
12:15
**youd** 17:6 36:2
**youre** 9:22 12:15 19:3
21:22,24 23:16,18
24:9 33:4,8 36:11,22
41:20 43:25 47:6,23
**youve** 12:3

**Z**

**0**

**012522** 54:3 56:5

**1**

**1** 54:5
**10** 8:3
**14** 53:4,6

**2**

**2** 1:11 3:2,5
**20** 1:11 3:2,5 5:14
**2012** 8:6
**2017** 8:16
**2022** 1:10 3:4
**25** 1:10
**25th** 3:4
**2735** 5:14
**29** 8:6

**3**

**3** 53:4,6

**4**

**5**

**53** 54:5

**6**

**7**

**8**

**9**