**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DANIELLE DREYER,

                       Plaintiff,

-against-                                     23 **CIVIL** 9407 (MKV)

                                                        **JUDGMENT**

UNITED STATES DEPARTMENT OF
JUSTICE, Pamela Bondi, *as Attorney General of the U.S. Department of Justice*, UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, and ANNE MILGRAM, *as Administrator of the United States Drug Enforcement Administration Defendants*,

                       Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 24, 2025, the motion to dismiss is GRANTED, the case is dismissed with prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York

       March 24, 2025

                                                                    **TAMMI M HELLWIG**
                                                                    **Clerk of Court**

                              **BY:**                          _____
                                                                        **Deputy Clerk**